

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVE FOLSE, JR. | CIVIL ACTION |
| VERSUS | NO. 05-0150 |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "N"(3) |

## ORDER

The Court, after considering plaintiff's application for attorney's fees, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the defendant's failure to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff's application for attorney's fees [Rec. Doc. No. 20] is GRANTED in the total amount of Three Thousand Five Hundred Nineteen dollars (**$3,519.00**).

New Orleans, Louisiana, this 28th day of November, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____